IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.    CR. NO. 1:17-10003-STA

ROBERT NEWSOME,

    Defendant.

---

ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING

---

This cause came to be heard on September 18, 2018, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Robert Newsome, appearing in person, and with counsel, Joshua Morrow.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, JANUARY 18, 2019 at 9:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of September, 2018.

                            s/ S. Thomas Anderson
                            CHIEF JUDGE, U. S. DISTRICT COURT