IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO.: 17-10003-STA |
| ROBERT NEWSOME, | * | |
| Defendant. | * | |

___

**ORDER CONTINUING SENTENCING HEARING AND
NOTICE OF RESETTING**
___

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Robert Newsome, for the entry of an Order continuing the sentencing hearing in this case, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the SENTENCING HEARING in this case be CONTINUED until **Friday, February 22, 2019, at 11:00 a.m.**

IT IS SO ORDERED, this the 9th day of January 2019.

                                            <u>s/S. Thomas Anderson</u>
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE