IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                   Cr. No. 17-10003-STA

ROBERT NEWSOME,

        Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO
## CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING

This cause came on upon the motion of the Defendant to continue the Sentencing Hearing set on Thursday March 21, 2019 at 1:30 pm. For good cause shown, the Court hereby grants the Defendant's motion. This matter is hereby reset for Sentencing on the **23rd day of April, 2019.**

**IT IS SO ORDERED** this 18th day of March, 2019.

                                      s/S. Thomas Anderson
                                      **S. THOMAS ANDERSON**
                                      **CHIEF DISTRICT JUDGE,**
                                      **UNITED STATES DISTRICT COURT**